UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
CHRISTIN MICHELLE HALL
504 MAVERICK ROAD
KERNERSVILLE, NC  27284

CASE NO. 19-11378
JUDGE BENJAMIN A. KAHN

DEBTOR

SSN(1) XXX-XX-0873

DATE:  08/13/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $4,938.02<br>INT:  .00%<br>NAME ID:  170495<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT:  1008<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $2,289.76<br>INT:  .00%<br>NAME ID:  170495<br>CLAIM #:  0008 | (U) UNSECURED<br><br>ACCT:  2006<br>COMMENT: |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | $4,179.47<br>INT:  .00%<br>NAME ID:  63803<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT:  2668<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $1,459.23<br>INT:  .00%<br>NAME ID:  174688<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT:  2834<br>COMMENT: |
| FED LOAN SERVICING<br>P O BOX 69184<br>HARRISBURG, PA  17106 | $0.00<br>INT:  .00%<br>NAME ID:  124085<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:  1146<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  159804<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:  0873<br>COMMENT:  OC |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $4,001.35<br>INT:  .00%<br>NAME ID:  158804<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT:  4664<br>COMMENT:  SYNCHRONY |

PAGE 2 - CHAPTER 13 CASE NO. 19-11378

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| JPMORGAN CHASE BANK NA<br>NATIONAL BANKRUPTCY DEPT<br>P O BOX 901032<br>FORT WORTH, TX  76101-2032 | $4,512.11<br>INT: 6.99%<br>NAME ID: 152065<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 5306<br>COMMENT: 12NISS,COD |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $1,705.08<br>INT: .00%<br>NAME ID: 177262<br>CLAIM #: 0010 | | (U) UNSECURED<br><br>ACCT: 8286<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 0873<br>COMMENT: OC |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $2,612.07<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 9148<br>COMMENT: PAY PAL |
| THE CREDIT UNION LOAN SOURCE<br>10800 ALPHARETTA HWY STE 208<br>BOX #759<br>ROSWELL, GA  30076 | $8,775.00<br>INT: 6.75%<br>NAME ID: 182294<br>CLAIM #: 0005 | | (V) VEHICLE-SECURED<br><br>ACCT: 0873<br>COMMENT: 16CHEV.520A(ADDR) |
| THE CREDIT UNION LOAN SOURCE<br>10800 ALPHARETTA HWY STE 208<br>BOX #759<br>ROSWELL, GA  30076 | $6,209.14<br>INT: .00%<br>NAME ID: 182294<br>CLAIM #: 0006 | | (U) UNSECURED<br><br>ACCT: 0873<br>COMMENT: SPLIT,520A(ADDR) |
| WELLS FARGO BANK NA<br>% WELLS FARGO CARD SERVICES<br>P O BOX 9210<br>DES MOINES, IA  50306 | $1,198.21<br>INT: .00%<br>NAME ID: 43374<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT: 1257<br>COMMENT: |
| **TOTAL:** | **$41,879.44** | | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,200.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 3 - CHAPTER 13 CASE NO. 19-11378

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  08/13/2020

>OFFICE OF THE CHAPTER 13 TRUSTEE
>
>By: /s/  Gayle McFarland
>Clerk
>Chapter 13 Office
>500 W FRIENDLY AVE STE 200
>P O BOX 1720
>GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice